# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KIMBERLY DUFRENE

VERSUS

CHARLES T. COLEMAN, DDS,
DMD, AND CHARLES T. COLEMAN,
A PROFESSIONAL DENTAL
CORPORATION

NO. 2021 CW 1217

FEB 1 8 2022

---

In Re:    Charles T. Coleman, DMD, and Charles T. Coleman, DMD,
          A Professional Dental Corporation, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 2020-11134.

---

BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.

     **WRIT GRANTED.** Louisiana Code of Civil Procedure article
966(B)(2) expressly states, "[a]ny opposition to the motion [for
summary judgment] and all documents in support of the opposition
shall be filed and served in accordance with Article 1313 not
less than fifteen days prior to the hearing on the motion." The
deadline established in Article 966(B)(2) is mandatory, and the
district court has no discretion to extend the time by which a
party must file an opposition. **Auricchio v. Harriston**, 2020-
01167 (La. 10/10/21), ___ So.3d ___, 2021 WL 5865496 at *1.
Herein, the district court erred in considering
plaintiff/respondent, Kimberly Dufrene's, untimely filed
opposition to defendants/relators, Charles T. Coleman, DDS, DMD,
and Charles T. Coleman, A Professional Dental Corporation's,
Motion for Summary Judgment. Dufrene filed her opposition seven
days prior to the summary judgment hearing, rather than at least
fifteen days before, as required by La. Code Civ. P. art.
966(B)(2). As such, the district court's August 11, 2021
judgment, denying defendants' Motion for Summary Judgment is
vacated, and the matter is remanded to the district court for a
ruling on defendants' Motion for Summary Judgment without
consideration of plaintiff's opposition. See **Auricchio**, 2021 WL
5865496 at *3.

                         PMc
                         JEW
                         MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT